■ WESTPAC BANKING CORPORATION v DESCHAMPS. — Cross motion for an expeditious decision on motion granted, and motion for leave to appeal to the Court of Appeals granted, and the following question certified: "Was the order of this court, which reversed the order of the Supreme Court, properly made?" Concur — Kupferman, J. P., Sandler, Sullivan and Kassal, JJ.